# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| ANGELA LOCKHART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 2:18-cv-02586-JPM-cgc |
| v. | ) | |
| | ) | |
| D&S RESIDENTIAL SERVICES, LP, | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 83.13(a), please take notice that following a mediation on November 30, 2020, the Parties have settled this matter. There, in turn, is no need for the Court to reset trial, as the Parties' previously requested. (*See, e.g.*, Joint Motion, Doc. 104.)

This, the 7th day of December, 2020.

        Respectfully submitted,

        **Angela Lockhart**

By:   *s/ Philip Oliphant*
       **PHILIP OLIPHANT**
       Tennessee Bar No. 25990
       poliphant@cronelawfirmplc.com
       THE CRONE LAW FIRM, PLC
       88 Union Avenue, 14th Floor
       Memphis, Tennessee 38103
       (901) 737-7740 – telephone

       **- AND -**

       **D&S Residential Services, LP**

By:   *s/ Zachary B. Busey*

       **ANGIE C. DAVIS**

4812-2816-4564v1

        Tennessee Bar No. 20043
        angiedavis@bakerdonelson.com

**ZACHARY B. BUSEY**
Tennessee Bar No. 29763
zbusey@bakerdonelson.com

BAKER, DONELSON, BEARMAN
  CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
(901) 526-2000 – telephone
(901) 577-2303 – facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

This, the 7th day of December, 2020.

        *s/ Zachary B. Busey*
        **ZACHARY B. BUSEY**