IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **ANGELA LOCKHART,** )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>**D&S RESIDENTIAL SERVICES, LP,** )<br>)<br>    **Defendant.** )<br>) | **Civil Action No. 2:18-cv-02586-JPM-cgc**<br><br>**JURY DEMAND** |

### JOINT MOTION FOR FLSA SETTLEMENT APPROVAL

Plaintiff Angela Lockhart ("Plaintiff") and Defendant D&S Residential Services, LP ("Defendant"), by and through their respective counsel, move for an Order approving the Settlement Agreement reached by the Parties in this matter and dismissing this case with prejudice.

The Parties submit that the proposed settlement agreement is the result of extensive arms-length negotiations between the Parties, who were represented by legal counsel throughout the process. The Parties submit and agree that, taking into consideration Plaintiff's claims, the defenses that will be asserted by Defendant, and the risks of protracted litigation, this settlement is in the best interests of the Parties involved in this matter. The Parties further stipulate that they are resolving this matter in order to avoid unnecessary further costs, time, and risks associated with continuing litigation. The Parties each undertook detailed legal and factual analyses of the alleged claims and defenses in this matter. Given the legal and factual nature of the alleged

claims and defenses in this matter, further litigation would result in significant additional and unnecessary expenditures. Therefore, the Parties represent to the Court that the settlement is fair and reasonable considering the circumstances. A copy of the Parties' Settlement Agreement is filed as an attachment to this Motion.

WHEREFORE, PREMISES CONSIDERED, the Parties jointly move the Court for entry of an Order approving the Parties' Settlement Agreement and dismissing all the claims alleged in this action with prejudice.

A proposed order has been submitted for the Court's consideration.

Respectfully submitted,

 s/ Philip Oliphant
ALAN G. CRONE (BPR No. 14285)
PHILIP OLIPHANT (BPR No. 25990)
THE CRONE LAW FIRM
88 Union Avenue, 14th Floor
Memphis, Tennessee 38103
(901) 737-7740–telephone
(901) 474-7296–facsimile
acrone@cronelawfirmplc.com
poliphant@cronelawfirmplc.com

**Attorneys for Plaintiff**


s/ Zachary B. Busey

ANGIE C. DAVIS (BPR No. 20043)
ZACHARY B. BUSEY (BPR No. 29763)
BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee  38103
(901) 256-2000 – telephone
(901) 577-2303 – facsimile
angiedavis@bakerdonelson.com
zbusey@bakerdonelson.com

**Attorneys for Defendant**