IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **ANGELA LOCKHART,** | ) | |
| Plaintiff, | ) ) | |
| | ) | Civil Action No. 2:18-cv-02586-JPM-cgc |
| v. | ) ) | |
| **D&S RESIDENTIAL SERVICES, LP,** | ) | **JURY DEMAND** |
| Defendant. | ) ) | |

**ORDER GRANTING JOINT MOTION FOR FLSA SETTLEMENT APPROVAL AND ORDER DISMISSING THE CASE WITH PREJUDICE**

Before the Court is the Joint Motion for FLSA Settlement Approval filed by the parties on January 28, 2021.  (ECF No. 108.)  The Court having been advised that all matters in this controversy have been settled and having reviewed the Proposed Settlement Agreement and Wage-and-Hour Release and the parties' Joint Motion for FLSA Settlement Approval, the Court hereby finds that the Proposed Settlement is fair and reasonable under the circumstances.

Therefore, the Parties' Joint Motion is **GRANTED** and the Proposed Settlement Agreement is **APPROVED**.  This matter is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**, this 29th day of January, 2021.

    /s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE